IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FONTEM VENTURES B.V. and )
FONTEM HOLDINGS 1 B.V., )
)
         Plaintiffs, )
)
         v. )   1:16-CV-1255
)
R.J. REYNOLDS VAPOR )
COMPANY, )
)
         Defendant. )

## CLAIM CONSTRUCTION ORDER

This matter is before the Court for claim construction of terms in United States Patent Nos. 8,365,742 (the "'742 Patent"), 8,899,239 (the "'239 Patent"), 8,490,628 (the "'628 Patent"), 8,893,726 (the "'726 Patent"), 9,326,548 (the "'548 Patent"), 9,326,549 (the "'549 Patent"), 9,370,205 (the "'205 Patent"), 8,375,957 (the "'957 Patent"), 8,393,331 (the "'331 Patent"), 8,863,752 (the "'752 Patent"), 9,326,550 (the "'550 Patent"), 9,326,551 (the "'551 Patent"), 9,339,062 (the "'062 Patent"), 9,364,027 (the "'027 Patent"), and 9,456,632 (the "'632 Patent").

The parties agree on the term "atomizer assembly," and the Court adopts the agreed-upon claim construction set forth at Doc. 119-1 at 2 n.1. This construction is incorporated herein by reference, in full.

The parties disagree on the construction of numerous other terms in these patents and submit the following proposed constructions:

| Term/Phrase | Fontem's Proposed Construction | Reynolds' Proposed Construction |
|---|---|---|
| **atomizer**<br><br>'628 Patent: claims 1, 7–8<br>'726 Patent: claims 15, 17<br>'549 Patent: claims 12–13<br>'742 Patent: claims 2–3<br>'548 Patent: claims 1, 8, 11<br>'205 Patent: claims 1–2, 9–10, 16, 20<br>'331 Patent: claims 1–2<br>'632 Patent: claim 14<br>'957 Patent: claims 1, 10, 17<br>'752 Patent: claims 1, 4–5, 10, 14–15<br>'550 Patent: claim 1<br>'551 Patent: claims 1–4, 11<br>'062 Patent: claims 1, 12 | component(s) that convert(s) liquid into aerosol or vapor | a liquid absorbing body with an internal atomizing element |
| **atomizer**<br><br>'239 Patent: claim 13 | component(s) that convert(s) liquid into aerosol or vapor | Original: a nozzle with an internal heating element<br>Modified: a heated tube within which vaporization occurs |
| **atomization chamber**<br><br>'632 Patent: claims 14–16 | space where atomization occurs | a chamber or cavity formed in the liquid absorbing body of the atomizer assembly within which atomization occurs |

| Term/Phrase | Fontem's Proposed Construction | Reynolds' Proposed Construction |
|---|---|---|
| **cavity**<br><br>'726 Patent: claim 17<br>'205 Patent: claims 9, 20<br>'331 Patent: claims 1–2 | hollow space | a hollow space within a solid object |
| **porous component**<br><br>'742 Patent: claims 2–3<br>'548 Patent: claims 1, 8–9<br>'632 Patent: claim 14<br>'549 Patent: claims 12, 17–18<br>'957 Patent: claims 1, 9–10<br>'752 Patent: claims 4–5 | no construction necessary | a porous material configured for receiving an internal atomizing element |
| **frame**<br><br>'742 Patent: claims 2, 3<br>'548 Patent: claims 1, 3, 4, 8, 9, 10, 11, 14<br><br>**run-through hole**<br><br>'742 Patent: claims 2, 3<br>'548 Patent: claims 1, 8, 11 | **frame**: rigid structure<br><br>**run-through hole**: no construction necessary, or in the alternative, a hollow space extending through | in the phrase "frame . . . having a run-through hole," "**frame**" means "a rigid structure that provides shape to the porous component", and "**run-through hole**" means "an enclosed passageway extending completely through the frame" |

| Term/Phrase | Fontem's Proposed Construction | Reynolds' Proposed Construction |
|---|---|---|
| **liquid supply**<br><br>'628 Patent: claims 1, 5, 7, 8<br>'549 Patent: claims 12, 13, 17, 19, 21<br>'331 Patent: claims 1, 2<br>'742 Patent: claim 3<br>'205 Patent: claim 1<br>'550 Patent: claim 1<br>'551 Patent: claims 1, 11<br>'062 Patent: claims 1, 12 | no construction necessary, or in the alternative, a store for liquid | a porous material for storing liquid within a cigarette liquid bottle |
| **liquid storage body**<br><br>'726 Patent: claim 15 | no construction necessary, or in the alternative, a body for storing liquid | a porous material for storing liquid within a cigarette liquid bottle (same as "liquid supply") |
| **liquid storage component**<br><br>'742 Patent: claim 2<br>'548 Patent: claims 1, 8, 11<br>'632 Patent: claim 14 | no construction necessary, or in the alternative, a component for storing liquid | a porous material for storing liquid within a cigarette liquid bottle (same as "liquid supply") |
| **liquid storage**<br><br>'752 Patent: claims 1, 14 | no construction necessary, or in the alternative, a store for liquid | a porous material for storing liquid within a cigarette liquid bottle (same as "liquid supply") |

| Term/Phrase | Fontem's Proposed Construction | Reynolds' Proposed Construction |
|---|---|---|
| **solution storage area**<br><br>'957 Patent: claims 1, 10 | no construction necessary, or in the alternative, an area for storing a solution | the area in a cigarette liquid bottle occupied by a porous material for storing liquid |
| **The phrase "at a first end" when used in connection with an LED or light source**<br><br>'549 Patent: claims 12, 17<br>'239 Patent: claims 1, 13<br>'331 Patent: claims 1, 2<br>'027 Patent: claims 1, 12 | no construction necessary, or in the alternative, "end" means "tip" | the tip or the extreme end or last part lengthwise and does not include the extremes of the radius that form the side wall |
| **longitudinal axis**<br><br>'628 Patent: claims 1, 7–8<br>'548 Patent: claims 1, 8, 11–12<br>'549 Patent: claims 12, 17, 19<br>'205 Patent: claims 1, 9, 16<br>'632 Patent: claim 14<br>'550 Patent: claim 1<br>'551 Patent: claims 1–2, 11 | longest axis | the center axis of the device running in the direction of airflow |

| Term/Phrase | Fontem's Proposed Construction | Reynolds' Proposed Construction |
|---|---|---|
| '062 Patent: claims 1, 12 | | |

Docs. 119-1, 134, and 135.

The Court held a claim construction hearing on February 28 and March 1, 2018.

The Court finds the claim language to be clear and construes the disputed claims as follows:

| Term/Phrase | Court's Construction |
|---|---|
| **atomizer**<br>'628 Patent: claims 1, 7–8<br>'726 Patent: claims 15, 17<br>'549 Patent: claims 12–13<br>'742 Patent: claims 2–3<br>'548 Patent: claims 1, 8, 11<br>'205 Patent: claims 1–2, 9–10, 16, 20<br>'331 Patent: claims 1–2<br>'632 Patent: claim 14<br>'957 Patent: claims 1, 10, 17<br>'752 Patent: claims 1, 4–5, 10, 14–15<br>'550 Patent: claim 1<br>'551 Patent: claims 1–4, 11<br>'062 Patent: claims 1, 12 | component(s) that convert(s) liquid into aerosol or vapor |
| **atomizer**<br>'239 Patent: claim 13 | component(s) that convert(s) liquid into aerosol or vapor |
| **atomization chamber**<br>'632 Patent: claims 14–16 | space where atomization occurs |
| **cavity**<br><br>'726 Patent: claim 17<br>'205 Patent: claims 9, 20<br>'331 Patent: claims 1–2 | hollow space |

6

| Term/Phrase | Court's Construction |
|---|---|
| **porous component**<br><br>'742 Patent: claims 2–3<br>'548 Patent: claims 1, 8–9<br>'632 Patent: claim 14<br>'549 Patent: claims 12, 17–18<br>'957 Patent: claims 1, 9–10<br>'752 Patent: claims 4–5 | no construction necessary |
| **frame**<br><br>'742 Patent: claims 2, 3<br>'548 Patent: claims 1, 3, 4, 8, 9, 10, 11, 14<br><br>**run-through hole**<br><br>'742 Patent: claims 2, 3<br>'548 Patent: claims 1, 8, 11 | **frame**: rigid structure<br><br>**run-through hole**: no construction necessary |
| **liquid supply**<br><br>'628 Patent: claims 1, 5, 7, 8<br>'549 Patent: claims 12, 13, 17, 19, 21<br>'331 Patent: claims 1, 2<br>'742 Patent: claim 3<br>'205 Patent: claim 1<br>'550 Patent: claim 1<br>'551 Patent: claims 1, 11<br>'062 Patent: claims 1, 12 | no construction necessary |
| **liquid storage body**<br><br>'726 Patent: claim 15 | no construction necessary |
| **liquid storage component**<br><br>'742 Patent: claim 2<br>'548 Patent: claims 1, 8, 11<br>'632 Patent: claim 14 | no construction necessary |
| **liquid storage** | no construction necessary |

7

| Term/Phrase | Court's Construction |
|---|---|
| '752 Patent: claims 1, 14 | |
| **solution storage area**<br><br>'957 Patent: claims 1, 10 | no construction necessary |
| **The phrase "at a first end" when used in connection with an LED or light source**<br><br>'549 Patent: claims 12, 17<br>'239 Patent: claims 1, 13<br>'331 Patent: claims 1, 2<br>'027 Patent: claims 1, 12 | no construction necessary |
| **longitudinal axis**<br><br>'628 Patent: claims 1, 7–8<br>'548 Patent: claims 1, 8, 11–12<br>'549 Patent: claims 12, 17, 19<br>'205 Patent: claims 1, 9, 16<br>'632 Patent: claim 14<br>'550 Patent: claim 1<br>'551 Patent: claims 1–2, 11<br>'062 Patent: claims 1, 12 | longest axis |

**IT IS SO ORDERED**.

This the 12th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE