IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>*Plaintiffs*<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY, a North Carolina corporation,<br><br>*Defendant* | **1:16-cv-01255**<br>**[Lead Case]** |
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>*Plaintiffs*<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY, a North Carolina corporation,<br><br>*Defendant* | **1:16-cv-01257** |
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>*Plaintiffs*<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY, a North Carolina corporation,<br><br>*Defendant* | **1:16-cv-01258** |

| | |
|---|---|
| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company,<br><br>*Plaintiffs*<br><br>v.<br><br>R.J. REYNOLDS VAPOR COMPANY, a North Carolina corporation,<br><br>*Defendant* | **1:17-cv-00175** |

## ORDER GRANTING DISMISSAL

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendant R.J. Reynolds Vapor Company ("Reynolds"), the Court hereby ORDERS as follows:

1. All claims filed by Fontem against Reynolds in Case Nos. 1:16-cv-01255, 1:16-cv-01257, 1:16-cv-01258 and 1:17-cv-00175 shall be dismissed with prejudice.

2. Fontem and Reynolds shall each bear its own fees and costs.

**IT IS SO ORDERED**.

This the 1st day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE